## GEORGE W. WHITLEY *vs.* J. R. BEAN.

Penobscot County. Decided June 17, 1912. This is an action of trover to recover one-half of the value of apples and potatoes harvested by the defendant's order and taken away from the farm of Warren A. Cummings in Dixmont. The defendant claimed title by a mortgage bill of sale given him by said Cummings. The verdict was for the plaintiff in the sum of $201.75, and the case is before this court on a motion for a new trial. Motion sustained. New trial granted. *H. L. Mitchell, George E. Thompson,* for plaintiff. *George H. Morse, Terence B. Towle,* for defendant.